Jean-Claude Mazzola (JCM 4962)
Wendy J. Lindstrom (WL 2940)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
*Attorneys for Defendants, Anhui Technology Import and Export Co.
and China export & Credit Insurance Corporation*
150 East 42nd Street
New York, New York 10017
(212) 490-3000

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASHFORD FINANCE, LLC

                Plaintiff,

v.

ANHUI TECHNOLOGY IMPORT AND EXPORT CO.,
LTD., CHINA EXPORT & CREDIT INSURANCE
CORPORATION A/K/A SINOSURE, BLB HOLDINGS,
LLC and LOUIE LOUIE APPAREL, LLC

                Defendants.
-----------------------------------------------------------------X

**ECF CASE**

**09 Civ. 7975 (PGG)**

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the action and all cross-claims against Anhui Technology Import and Export Co. and China Export & Credit Insurance Corp. a/k/a Sinosure, are hereby discontinued with prejudice, and without costs or attorney's fees.

IT IS FURTHER STIPULATED that this stipulation may be filed without further notice with the Clerk of the Court.

3860776.1

IT IS FURTHER STIPULATED that email or facsimile signatures will be treated as originals for purpose of this stipulation.

Dated: February 5, 2010

**Matthew C. McGrath, Esq.**
*Attorney for Plaintiff, Ashford Finance, LLC*

By: *[signature]*
Matthew C. McGrath, Esq. (CT16424)
4 Richmond Road
West Hartford, CT 06117

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
*Attorneys for Defendants, Anhui Technology Import and Export Co. and China Export & Credit Insurance Corp.*

By: *[signature]*
Jean Claude Mazzola, Esq. (JCM 4962)
Wendy J. Lindstrom (WL 2940)
150 East 42nd Street
New York, NY 10017-5639

**Kerry Gotlib, Esq.**
*Attorney for Defendant, BLB Holdings, LLC and Louie Louie Apparel LLC*

By: *[signature]*
Kerry Gotlib, Esq.
80 Fifth Avenue
New York, N.Y. 10011

2