# MATTHEW C. MCGRATH
ATTORNEY AT LAW

*BUSINESS, REAL ESTATE AND FINANCE LAW*

4 RICHMOND ROAD
WEST HARTFORD, CT 06117
TEL:  (860) 878-0158
FAX:  (860) 570-1203
EMAIL:  MCGRATH@MCGRATHLAW.PRO

April 16, 2010
**VIA FAX: 212-805-7986**

Hon. Paul G. Gardephe
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

The Application is granted.
SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: April 16, 2010

Re:   <u>Ashford Finance LLC v. BLB Holdings LLC; et al.</u>
       <u>Case No. 1:09-cv-7975</u>
       <u>Request for Adjournment of Initial Pretrial Conference.</u>

Dear Judge Gardephe:

    I am counsel for the plaintiff in the referenced action, which is scheduled for an Initial Pretrial Conference on <u>Thursday, April 22 at 2:30 pm</u>. As I discussed with your clerk today, we are continuing to pressure the remaining parties to settle. We previously settled with defendants Anhui Technology and China Export & Credit Insurance Corporation. In recent weeks another party, Coface North America, has made a demand for the funds being held by Ashford. We have tried to reach an out of court settlement with Coface but that has proven unsuccessful. Unless we can convince the parties to settle soon, it appears likely that we will have to implead Coface North America as a party to this action.

    Accordingly, we respectfully request an adjournment for several weeks, by which time I anticipate that this matter will either be fully resolved, or we will have impleaded Coface North America. Your clerk informed me that your calendar would permit adjournment to <u>Thursday, May 6, 2010 at 10:30 am</u>. Counsel for all parties have agreed to such adjournment.

                                   Sincerely,

                                   Matthew C. McGrath
                                   Bar Code: CT1642

cc:   Kerry Gotlib, Esq., Fax: 212-645-0724 (BLB, Louie Louie)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/10
```